IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LAMINATION SERVICE, INC., a Tennessee corporation; LSI GRAPHICS LLC, a Tennessee limited liability company, EZZELL ENTERPRISE, INC., a Tennessee corporation, HES LIMITED (also DBA AS BEIJING DECENET, DECENT TECHNOLOGY CO. LTD., HARDWARE FOCUS, QDQB TECH HARDWARE, CASSIA NETWORK LIMITED, and GLOBAL NETWORKS TECHNOLOGY), a Chinese limited company, and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02139-TLP-tmp<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY stipulated and agreed by and between the undersigned counsel for plaintiffs, Cisco Systems, Inc. and Cisco Technology, Inc. ("Plaintiffs") and defendants, LSI Graphics LLC and Ezzell Enterprise, Inc. ("LSI Defendants"), that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice as to the LSI Defendants, with each party to bear its own costs and expenses.

| **LEWIS THOMASON** | **HARRIS/SHELTON** |
|---|---|
| /s/ Brian Faughnan | /s/ Brett A. Hughes (by BSF w/permission) |
| Brian Faughnan | Brett A. Hughes |
| 40 S Main Street #2900 | 6060 Primacy Parkway, Suite 100 |
| Memphis, TN 38103 | Memphis, TN 38119 Tel: (212) 508-6700 |
| Tel: (901) 525-8721 | Tel: (901) 525-1455 |
| *Counsel for Plaintiffs Cisco Systems, Inc., and Cisco Technology, Inc.* | *Counsel for Defendants LSI Graphics LLC and Ezzell Enterprise, Inc.* |