# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LAMINATION SERVICE, INC., EZELL ENTERPRISE, INC., HES LIMITED, DOES 1-50, and LSI GRAPHICS LLC, <br><br> Defendants. | No. 2:21-cv-02139-TLP-tmp <br><br> JURY DEMAND |

## JUDGMENT AS TO LSI GRAPHICS LLC AND EZELL ENTERPRISE, INC. ONLY

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint, filed on March 9, 2021. (ECF No. 1.) In accordance with the Stipulation of Dismissal (ECF No. 59), dismissing LSI Graphics LLC and Ezell Enterprise, Inc. only, agreed to by the parties in the case, and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE** as to LSI Graphics LLC and Ezell Enterprise, Inc. only. Each party shall bear its own costs and expenses.[1]

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

September 28, 2022
Date

---

[1] This judgment does not affect the case against HES Limited and the other Defendants.