## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC., | ) ) ) | |
| Plaintiffs, | ) ) | No. 2:21-cv-02139-TLP-tmp |
| v. | ) ) | JURY DEMAND |
| LAMINATION SERVICE, INC., EZELL ENTERPRISE, INC., HES LIMITED, DOES 1-50, and LSI GRAPHICS LLC, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY THE COURT**.  This action came before the Court on Plaintiffs'

Complaint filed on March 9, 2021.  (ECF No. 1.)  In accordance with Plaintiffs' Notice of

Voluntary Dismissal of the only remaining claims in this litigation – Plaintiffs' claims

against HES Limited, (ECF No. 64), and under Federal Rules of Civil Procedure

41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED**

**WITHOUT PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

October 6, 2022
Date